**96–1134.** Bundy v. Fed. Correctional Inst., Inc. In Habeas Corpus. Reported at 75 Ohio St.3d 1487, 664 N.E.2d 539. On May 15, 1996, this court dismissed this cause. On May 31, 1996, petitioner filed a document titled "Notice of Objections and Demands."

IT IS DETERMINED by the court that petitioner's document is, in essence, a motion for reconsideration and, as such, is untimely. Accordingly,

IT IS ORDERED by the court, *sua sponte*, that the motion be, and hereby is, stricken.

**96–1228.** Norman v. Fed. Correctional Inst., Inc. In Habeas Corpus. Reported at 75 Ohio St.3d 1505, 665 N.E.2d 220. Upon consideration of petitioner's demand for reconsideration,

IT IS ORDERED by the court that the demand for reconsideration in this case be, and hereby is, denied, effective June 14, 1996.